UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. WHITSITT,<br><br>         Plaintiff,<br><br>    v.<br><br>SAN JOAQUIN COUNTY MENTAL HEALTH, et al.,<br><br>         Defendants. | No.  2:22-cv-0356 WBS CKD P<br><br><br><br>ORDER |

Plaintiff filed a motion for extension of time to file an amended complaint. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 21) is granted; and

2. Plaintiff is granted forty-five days from the date of this order in which to file an amended complaint.

Dated: December 23, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/whit0356.36