UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. WHITSITT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SAN JOAQUIN COUNTY MENTAL HEALTH, et al.,<br><br>　　　　　Defendants. | No.  2:22-cv-0356 WBS CKD P<br><br><br><br>ORDER |

Plaintiff filed a motion for extension of time to file objections to the July 19, 2023, findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 29) is granted; and

2. Plaintiff is granted fifteen days from the date of this order in which to file objections to the findings and recommendations.

Dated:  August 10, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/whit0356.36

1