UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| WILLIAM J. WHITSITT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SAN JOAQUIN COUNTY MENTAL HEALTH, et al.,<br><br>　　　　Defendants. | No. 2:22-cv-0356 WBS CKD P<br><br><br>ORDER |

----oo0oo----

The court previously dismissed plaintiff's fifth amended complaint without leave to amend and judgment was entered. (Docket Nos. 32, 33.)  Plaintiff has now filed a motion which he refers to as a "60b" motion and also as a "motion to withdraw guilty plea." (Docket No. 34.)  On the same day, plaintiff also filed his notice of appeal. (Docket No. 36.)

The filing of a notice of appeal divests the district court of jurisdiction over the aspects of the case involved in the appeal.  United States v. Ortega Lopez, 988 F.2d 70, 72 (9th

Cir. 1993). Because plaintiff has appealed the dismissal of his complaint, the court has no jurisdiction to consider his motion, and the court will deny the motion for lack of jurisdiction. See Fed. R. Civ. P. 62.1.

Even if the court had jurisdiction to consider the motion on the merits, it would deny it. Id. Plaintiff does not present any newly discovered evidence suggesting this matter should not have been dismissed. There has been no change in the law, and plaintiff fails to show that the court's dismissal based on failure to state a claim was either the result of clear error or is manifestly unjust. See Sch. Dist. Number. 1J, Multnomah County v. ACandS, Inc., 5 F.3d 1255, 1262 (9th Cir. 1993).

IT IS THEREFORE ORDERED that plaintiff's motion be, and the same hereby is, DENIED.

Dated: November 20, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE