UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. WHITSITT, | No. 2:22-cv-0356 WBS CKD P |
| Plaintiff, | |
| v. | ORDER |
| SAN JOAQUIN COUNTY MENTAL HEALTH, et al., | |
| Defendants. | |

    Plaintiff has filed a second motion to vacate judgment under Rule 60(b) of the Federal Rules of Civil Procedure. Plaintiff appealed the judgment entered in this case on August 25, 2023 to the Ninth Circuit and that appeal is still pending. The filing of a notice of appeal divests the district court of jurisdiction over the aspects of the case involved in the appeal. United States v. Ortega Lopez, 988 F.2d 70, 72 (9th Cir. 1993). Also, plaintiff does not present any newly discovered evidence suggesting this matter should not have been dismissed. There has been no change in the law, and plaintiff fails to show that the court's dismissal based on failure to state a claim was either the result of clear error or is manifestly unjust. See Sch. Dist. Number. 1J, Multnomah County v. ACandS, Inc., 5 F.3d 1255, 1262 (9th Cir. 1993).

    IT IS THEREFORE ORDERED that plaintiff's Rule 60(b) motion (Docket No. 42) be, and the same hereby is, DENIED.

///

1

1  Dated: July 19, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE