UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. WHITSITT, | No. 2:22-cv-0356 WBS CKD P |
| Plaintiff, | |
| v. | ORDER |
| SAN JOAQUIN COUNTY MENTAL HEALTH, et al., | |
| Defendants. | |

Plaintiff has filed objections to the court's August 9, 2024 order denying plaintiff's second motion to vacate judgment under Rule 60(b) of the Federal Rules of Civil Procedure. Essentially, plaintiff files a third motion to vacate judgment. For reasons stated in the court's orders denying the first two motions to vacate, the third is denied as well. Plaintiff is informed the court will not respond to any further motions brought by plaintiff in this case unless and until the case is returned to this court by the Ninth Circuit.

Dated: October 3, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1